# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| COPELAND ET AL | § |
| | § |
| vs. | § CRIMINAL NO. 4:20CV393 |
| | § |
| ALAMO BILLING COMPANY ET AL | § |

**PROFFERED EVIDENCE RELATED TO**
**MOTION HEARING DATED 08/03/2021**

PLAINTIFFS' EXHIBIT:

1.   Declaration of David Ovard