IN THE UNITED STATUS DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **CHARLES G. COPELAND, an individual; AND COFOUR, LLC, a limited liability company** § § § § | |
| **Plaintiff,** § | |
| v. § § § | **CIVIL ACTION NO. 4:20-CV-00393-SDJ-CAN** |
| **ALAMO BILLING COMPANY AND MANAMED, INC.,** § § § § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action. On March 14, 2022, the Court granted in part and denied in part, Plaintiffs' Charles G. Copeland and CoFour, LLC (collectively "Plaintiffs") Motion for Default Judgment (Dkts. #60, #76, #80), awarding Plaintiffs default judgment against Defendant Alamo Billing Company for breach of contract in the amount of $1,077,374.84. On March 28, 2022, Plaintiffs filed their Plaintiffs' Stipulation of Partial Dismissal (Dkt. #81) in which Plaintiffs stipulated and dismissed all other claims and causes of action against all parties.

The Court, being fully apprised, finds that all claims and causes of action asserted by Plaintiffs have been resolved.

**IT IS THEREFORE ORDERED** that Plaintiffs have judgment against Defendant Alamo Billing Company solely for breach of contract. Plaintiffs are awarded damages in the amount of $1,077,374.84, including $1,050,536.04 in contract damages, $24,894.00 in attorneys' fees, and $1,944.80 in costs. This judgment shall bear post-judgment interest at a rate of 1.30% per annum until satisfied in full.

**IT IS FURTHER ORDERED** that all other claims and causes of action asserted in this lawsuit are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FURTHER ORDERED** that, except to the extent awarded herein, all parties bear their own respective attorney fees and court costs.

**IT IS FURTHER ORDERED** that this is a final judgment that finally disposes of all parties and claims in this case and is appealable. The Court orders execution to issue for this judgment.

**So ORDERED AND SIGNED on this \_\_\_\_\_ day of _____, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE