UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHARLES COPELAND, ET AL. | § |
| | § |
| | § |
| v. | § CIVIL NO. 4:20-CV-393-SDJ |
| | § |
| | § |
| ALAMO BILLING COMPANY, ET AL. | § |

**FINAL JUDGMENT**

On March 14, 2022, the Court granted in part and denied in part Plaintiffs Charles Copeland and CoFour, LLC's Motion for Default Judgment Against Alamo Billing Company. (Dkt. #80). Pursuant to that order, and in consideration of Plaintiffs' Stipulation of Partial Dismissal, (Dkt. #82), all claims and causes of action in this action have been resolved.

It is therefore **ORDERED, ADJUDGED, and DECREED** that Defendant Alamo Billing Company is liable solely for breach of contract and that Plaintiffs Charles Copeland and CoFour, LLC are entitled to recover each of the following: (1) actual damages in the amount of $1,050,536.04; (2) attorney's fees in the amount of $24,894.00; (3) costs in the amount of $1,944.80; and (4) post-judgment interest at a rate of 1.96%, as prescribed by 28 U.S.C. § 1961, compounding annually and accruing from the date of this judgment until the judgment is satisfied.

It is further **ORDERED** that all other claims and causes of action asserted in this lawsuit are hereby **DISMISSED**. All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil case.

**So ORDERED and SIGNED this 27th day of April, 2022.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SEAN D. JORDAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE